# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**MICHAEL OTT,**

    **Plaintiff,**

    v.                                                             No. CIV 2:19-756 WJ/SMV

**UNITED STATES OF AMERICA,**

    **Defendants.**

## ORDER EXTENDING DISCOVERY AND PETRIAL DEADLINES

This matter having come before the court upon the Parties' Joint Limited Motion to Extend Discovery and Pretrial Deadlines (Doc. 47), the Court having reviewed the motion and being advised in the premises finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the remaining deadlines are rescheduled as follows:

1.    Termination for discovery, limited to taking depositions, from November 9, to January 8, 2021;

2.    Discovery motions from November 30, 2020, to January 29, 2021;

3.    Pretrial motions from December 10, 2020, to February 8, 2021;

4.    Pretrial Order to Defendant from January 25, 20201, to March 26, 2021; and

5.    Pretrial Order from Defendant to Court from February 8, 2021, to April 9, 2021.

IT IS SO ORDERED.

                                          HONORABLE STEPHAN M. VIDMAR
                                          United States Magistrate Judge

2

Submitted/Approved by:

*/s/ Cassandra Casaus Currie 10/30/20*
CASSANDRA CASAUS CURRIE
Assistant United States Attorney
Attorney for Defendant


*/s/ Connie J. Flores 10/30/20*
CONNIE J. FLORES
JAMES D. TAWNEY
Flores, Tawney & Acosta P.C.
Attorneys for Plaintiff